IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

DAHLEM ENTERPRISES, INC.                                                                    PLAINTIFF

VS.                                                             CIVIL ACTION NO. 3:06cv238 HTW-JCS

SUSAN DOSSETT d/b/a CONFETTI KIDS TOO                                       DEFENDANT

### AGREED ORDER OF DISMISSAL

There came on this day for consideration the request of the Plaintiff and Defendant for dismissal of this action. The Court, being advised that the parties have reached a compromise and settlement of claims, finds that the request is well taken and should be granted.

IT IS, THEREFORE, ORDERED that this civil action is hereby dismissed with each party to bear its own costs.

IT IS FURTHER ORDERED that the Court retains jurisdiction over the compromise and settlement.

This the 20th day of November, 2006.

                                                    s/ HENRY T. WINGATE
                                                  CHIEF UNITED STATES DISTRICT JUDGE

**AGREED TO AND APPROVED:**

/s/ Jeffrey R. Barber
Jeffrey R. Barber,
Counsel for Dahlem Enterprises, Inc.


/s/ Jonathan M. Farris
Jonathan M. Farris,
Counsel for Susan Dossett d/b/a Confetti Kids Too

1925449.1/13462.24498